B104 (FORM 104) (08/07)

**RECEIVED**
**SEP - 4 2015**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

# ADVERSARY PROCEEDING COVER SHEET
## Instructions on Reverse

ADVERSARY PROCEEDING NUMBER
(Court Use Only)

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Eduardo Menjivar & Nana I AM | Wells Fargo Bank, NA, REGIONAL TRUSTEE SERVICE CORPORATION, EAST END PROPERTIES, INC, GENESIS CAPITAL MASTER FUND III,LLC,, DANIEL ARGENTO, LOS ANGELES COUNTY SHERIFF DEPARTMENT, LAW OFFICE OF VICKEN I. SIMONIAN, JACQUELINE PALAEZ, ESQ |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Eduardo Menjivar & Nana I AM<br>4048 Halldale Avenue,<br>Los Angeles, CA 90062<br>PHONE; 310-955-6541 | **ATTORNEYS** (If Known) |

| PARTY (Check One Box Only) | | PARTY (Check One Box Only) | |
|---|---|---|---|
| ☒ Debtor | ☐ U.S. Trustee/Bankruptcy Admin | ☐ Debtor | ☐ U.S. Trustee/Bankruptcy Admin |
| ☐ Creditor | ☐ Other | ☐ Creditor | ☒ Other |
| ☐ Trustee | | ☐ Trustee | |

**CAUSE OF ACTION** WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Recover of Property; Recovery of Money Property; Fraudulent Transfer, Complaint to Determine Validity, Priority & Extent of Lien pursuant to Bankruptcy Rule 7001(2); Complaint for Injunctive Relief pursuant to Bankruptcy Rule 7001(7); Complaint for FRAUD, Negligent Misrepresentation; Complaint for Declaratory Relief pursuant to FRBP 7001(9) & 28 USC 2201, Fair Debt Collections Practices Act (15 U.S.C §1692 et seq), Racketeer Influenced and Corrupt Organizations Act (18 U.S.C §1961 et seq)

## NATURE OF SUIT
**(Number up to five (5) boxes starting with lead cause of action as I First alternative cause as 2 second alternative cause as 3 etc )**

**FRBP 7001(ti) - Recovery of Money/Property**
- ☑ 11 -Recovery of money/property - §542 turnover of property
- ☐ 12-Recovery of money/property - §547 preference
- ☑ 13-Recovery of money/property - §548 fraudulent transfer
- ☐ 14-Recovery of money/property - other

**FRBP 7001(2) - Validity, Priority or Extent of Lien**
- ☑ 21 -Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) - Approval of Sale of Property**
- ☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) - Objection/Revocation of Discharge**
- ☑ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) - Revocation of Confirmation**
- ☐ 51-Revocation of confirmation

**FRBP 7001(6) - Dischargeability**
- ☐ 66-Dischargeability - §523(a)(l),(l4),(l4A) priority tax claims
- ☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
- ☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) - Dischargeability (continued)**
- ☐ 61-Dischargeability - §523(a)(5), domestic support
- ☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
- ☐ 63-Dischargeability - §523(a)(8), student loan
- ☐ 64-Dischargeability - §523(a)(l5), divorce or separation obligation (other than domestic support)
- ☐ 65-Dischargeability - other

**FRBP 7001(7) - Injunctive Relief**
- ☑ 71-Injunctive relief- imposition of stay
- ☐ 72-Injunctive relief - other

**FRBP 7001(8) Subordination of Claim or Interest**
- ☐ 81 -Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
- ☑ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
- ☐ 01 -Determination of removed claim or cause

**Other**
- ☐ SS-SIPA Case - 15 U.S.C. §§78aaa et.seq.
- ☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☒ Check if a jury trial is demanded in complaint | Demand $ 11,250,000.00 |

**Other Relief Sought**
Complaint for Fraud, Negligent Misrepresentation; rackeetering; illegal foreclosure, illegal eviction debt harrassment

B104 (FORM 104) (08/07), Page 2

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>Eduardo Menjivar & Nana I AM | BANKRUPTCY CASE NO.<br>2:15-BK-23178-VZ | |
| DISTRICT IN WHICH CASE IS PENDING<br>CENTRAL DISTRICT OF CALIFORNIA | DIVISION OFFICE | NAME OF JUDGE |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF<br>**Eduardo Menjivar & Nana I AM** | DEFENDANT<br><br>Wells Fargo Bank, NA | ADVERSARY<br>PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING<br>CENTRAL DISTRICT OF CALIFORNIA | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br><br><br><br> | | |
| DATE<br><br>September 04, 2015 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br><br>Eduardo Menjivar & Nana I AM | |

INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet ,summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff s attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

Plaintiffs and Defendants. Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

Attorneys. Give the names and addresses of the attorneys, if known.

Party. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

Demand. Enter the dollar amount being demanded in the complaint.

Signature. This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

**FILED**

SEP - 4 2015

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| **Eduardo Menjivar & Nana I AM** § | Bankruptcy Case No: ~~2:15-BK-23178-VZ~~ |
| *Plaintiff(s)* § § | Chapter: _____ 13 |
| vs § | Adv. Proc. No: _____ |
| **Wells Fargo Bank, NA, REGIONAL** § | |
| **TRUSTEE SERVICE CORPORATION, EAST** § | **ADVERSARY** |
| **END PROPERTIES, INC, GENESIS** § | **PROCEEDING** |
| **CAPITAL MASTER FUND III,LLC,, DANIEL** § | |
| **ARGENTO, LOS ANGELES COUNTY** § | *COMPLAINT TO RECOVER MONEY AND PROPERTY* |
| **SHERIFF DEPARTMENT, LAW OFFICE OF** § | *(BANKRUPTCY RULE 7001(1))* |
| **VICKEN I. SIMONIAN, JACQUELINE** § | *Fair Debt Collections Practices Act* |
| **PALAEZ, ESQ** § | *(15 U.S.C §1692 et seq)* |
| *Defendant(s)* § | *Racketeer Influenced and Corrupt Organizations Act* |
| | *(18 U.S.C §1961 et seq)* |
| | The Declaratory Judgment Act - 28 U.S.C. §2201 - §2202 |

**PLAINTIFF'S ORIGINAL COMPLAINT FOR RECOVERY OF MONEY & PROPERTY, FRAUDULENT TRANSFER, WRONGFUL & MALICIOUS PROSECUTION OF AUTOMATIC STAY, RACKETEERING, WILLFUL INTENTIONAL INTENT TO COMMIT FRAUD, BANKRUPTCY FRAUD, (FRAUD UPON THE COURT, & AND WILLFUL VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT**

## I. INTRODUCTION - NATURE OF THE CASE

This is an *Adversary Proceeding* brought by **Eduardo Menjivar & Nana I AM** to recovery property and *money*, pursuant to Bankruptcy Rule 7001(1), and a proceeding to determine the validity, priority, or extent of a lien or other interest in property pursuant to Rule 7001(2), an action to obtain an injunction or other equitable relief from *foreclosure fraud*, and **FRAUD**, pursuant to Rule 7001(7) and suit to obtain a declaratory judgment pursuant to rule 7001(9) declaring defendants acts to be unlawful. The relief sought includes injunctive relief, *treble damages*, compensatory, and punitive damages for **Racketeering Activity**, the imposition of a constructive trust with tracing; cost of investigation and suit, interest, and attorney fees, for all other relief afforded under law for deceptive acts, *fraudulent claims and liens asserted against  the bankruptcy estate* of the plaintiff.    Plaintiff is entitled to immediate **INJUNCTIVE RELIEF** from an *illegal foreclosure.*

## II. JURISDICTION & VENUE

This court has jurisdiction over this Adversary proceeding pursuant to Part VII, Rule 7001 and in particular, under Rule 7001(1) a proceeding to recover money or property, under Rule 7001(2), and action to obtain an injunction or other equitable relief, and Rule 7001(7), suit to obtain a declaratory judgment pursuant to Bankruptcy Rule 7001(9) Jurisdiction of this court over this matter is invoked pursuant to 28 U.S.C §157(b)(2)(k), 28U.S.C. §157(b)(2)(b), 28 U.S.C. §157(b)(2)(1)(B), under 28 U.S.C. §157(b)(2)(o) ,Fair Debt Collections Practices Act  *(15 U.S.C §1692 et seq),* Racketeer Influenced and Corrupt Organizations Act *(18 U.S.C §1961 et seq),* The Declaratory Judgment Act - 28 U.S.C. §2201 - §2202  The court has jurisdiction to the state law claims for FRAUD, under the doctrine of supplemental jurisdiction and may enter a judgment relative to the FRAUD, and other state causes of action complained of in this complaint. The court has jurisdiction under 42 USC 1988, and attorney fees are requested pursuant to Attorney Fees Civil Rights Act of 1976.

## III. PARTIES & RELATIONSHIPS

3. **Plaintiff, <u>Eduardo Menjivar & Nana I AM</u>** is a natural person who resides in this judicial district. Plaintiff, is a citizen of the United States Of America who resides within the County. Plaintiff has claims against the named defendants for fraud committed against real property in this County. Defendants have conspired to defraud and steal property from the plaintiff' and then seek to use shell corporations and companies in bankruptcy to stay proceedings for which money is owed due to defendants wrongful and illegal conduct.

**Defendant,        <u>Wells Fargo Bank, NA</u>                              is a national bank** doing business in this state and within the jurisdiction of this Court, At all times pertinent herein, defendant is a RICO person, and Debt Collector. Defendant does business in this district and venue is proper in this district.  Defendant can be served at its Address to wit:

Wells Fargo Bank, N.A
C/O  RTS PACIFIC, INC
616 1ST AVENUE, SUITE 500
SEATTLE , WA 98104

**Defendant, REGIONAL TRUSTEE SERVICE CORPORATION**          A corporate or other business entity doing business in this state
within the jurisdiction of this Court, At all times pertinent herein, defendant is a DEBT COLLECTOR AND RICO person who aligns itself with the other named defendants and who collectively, and individually committed the acts complained of in this suit. Defendant may be served at:

REGIONAL TRUSTEE SERVICE
CORPORATION
616 1ST AVENUE, SUITE 500
SEATTLE, WA 98104

**Defendant,    <u>EAST END PROPERTIES, INC</u>            A legal partnership**
Defendant , is an individual DEBT COLLECTOR and enterprise which are RICO persons who routinely violate the Rackeeter Influenced Corrupt Organization Act. is a co-conspirators and "partners in crime" with defendants U.S Bank.  Defendant can be served at:

BRETT  CYPRUS                                    BRETT  CYPRUS
15740 PARAMOUNT BLVD, SUITE  E      15740 PARAMOUNT BLVD, SUITE  E
PARAMOUNT, CA 90723                          PARAMOUNT, CA 90723

**Defendant, <u>GENESIS CAPITAL MASTER FUND III,LLC,</u>        is a natural person** and DEBT COLLECTOR, which operate within the jurisdiction of this court.  Defendant is alleged to be a corrupt person and RICO defendants and is alleged to be part of a corrupt enterprise as setforth herein. Gregory L. Wilde maybe served at:

TRIXY WEISS                                      TRIXY WEISS
21650 OXNARD STREET, SUITE 1700      21650 OXNARD STREET, SUITE 1700
WOODLAND HILLS, CA 91367              WOODLAND HILLS, CA 91367

# TABLE OF CONTENTS

I. INTRODUCTION...................................................................................................Page 1

II. JURISIDICTION & VENUE..................................................................................Page 1

III. CAUSES OF ACTION AND CLAIMS..................................................................Page 3

    **Claim 1**    COMPLAINT FOR RACKETEERING  AND THE RECOVERY OF MONEY AND .......Page 3
PROPERTY PURSUANT To Bankruptcy Rule 7001(1)
(BASED ON FRAUD, RICO, CONSPIRACY & FRAUDULENT CONCEALMENT)

    **Claim 2**    COMPLAINT TO DETERMINE THE VALIDITY, PRIORITY, OR EXTENT .......Page 3
OF A LIEN OR OTHER INTEREST IN PROPERTY PURSUANT TO RULE
7001(2)

    **Claim 3**    COMPLAINT FOR VIOLATION FOR FAIR DEBT COLLECTION .......Page 3
PRACTICES,MALICIOUS PROSECUTION, AND INJUNCTION OR OTHER
EQUITABLE RELIEF PURSUANT TO BANKRUPTCY RULE (7)

    **Claim 4**    COMPLAINT FOR  VIOLATION OF AUTOMATIC STAY AND .......Page 3
DECLARATORY JUDGMENT PURSUANT TO 28 U.S.C. §2201 - §2202 ,
BANKRUPTCY RULE 7001(9)

VI. PARTIES & RELATIONSHIPS...............................................................................Page 4

V. FACTUAL ALLEGATIONS.....................................................................................Page 5

VIIII................................................................................................................................Page 8
DEFENDANTS WELLS FARGO  BANK, ARE DEBT COLLECTORS PURSUANT TO 15 U.S.C. § 1692a (6),
AND HAVE GATHER TOGETHER IN A CRIMINAL AND CIVIL CONSPIRACY TO COLLECT UNLAWFUL
DEBTS AND TO UNLAWFULLY STEAL PROPERTY FROM THE BANKRUPTCY ESTATE AND PLAINTIFFS
MAY & RECOVERY THIS STOLEN PROPERTY PURSUANT TO BANKRUPTCY RULE  7001(1) & THE FAIR
DEBT COLLECTION PRACTICES ACT

XI..................................................................................................................................Page 9
DEFENDANTS HAVE PLACED AN UNLAWFUL CLOUD OVER THE TITLE TO THE PROPERTY
BY USING FALSE & FORGED MORTGAGE INSTRUMENTS, AND PLAINTIFF FILES THIS
COMPLAINT TO DETERMINE THE VALIDITY, PRIORITY, OR EXTENT OF DEFENDANT'S
PURPORTED LIEN OR OTHER INTEREST IN PLAINTIFF'S PROPERTY PURSUANT TO
BANKRUPTCY RULE 7001(2)

X...................................................................................................................................Page 10
DEFENDANTS HAVE UNLAWFULLY FILED FRAUDULENT CLAIMS AGAINST PLAINTIFF'S
BANKRUPTCY ESTATE, WHICH CLAIMS VIOLATES PLAINTIFF'S CONSTITUTIONAL RIGHTS
WHICH ARE BASED UPON FRAUD, WHEREBY PLAINTIFFS ARE ENTITLED TO AN
INJUNCTION OR OTHER EQUITABLE RELIEF PURSUANT TO BANKRUPTCY RULE 7001 (7) &
TO RECOVER MONEY FOR CONSTITUTIONAL VIOLATIONS & RACKETEERING ACTIVITY

XI..................................................................................................................................Page 11
PLAINTIFFS ARE ENTITLED TO A DECLARATORY JUDGMENT UNDER FEDERAL LAW PURSUANT TO 28
U.S.C. §2201 - §2202 TO HAVE DEFENDANT'S PRIOR FORECLOSURE DECLARED FRAUDULENT IN
NATURE, A DECLARATORY JUDGMENT DECLARING THE SHERIFF SALE AND DEFENDANTS
PURPORTED "MOTION FOR RELIEF FROM STAY" TO BE FRAUDULENT & UNLAWFUL IN COMMERCE & A
VIOLATION OF PLAINTIFF'S CIVIL  & CONSTITUTIONAL RIGHTS UNDER FEDERAL LAW

XII. COMPUTATION OF DAMAGES..........................................................................Page 12

XIII. PRAYER FOR RELIEF........................................................................................Page 13

SERVICE OR PROCESS..............................................................................................ATTACHED

APPENDIX OF EXHIBITS............................................................................................ATTACHED

Case 2:15-ap-01481-VZ   Doc 1   Filed 09/04/15   Entered 09/04/15 16:27:59   Desc
COMPLAINT TO RECOVER PROPERTY & MONEY FROM FRAUD
Eduardo Menjivar & Nana I AM VS Wells Fargo Bank, NA   Main Document   Page 6 of 55

Page 4 of 13

# VI. CLAIMS & CAUSES OF ACTION

| Claim 1 | COMPLAINT FOR RACKETEERING AND THE RECOVERY OF MONEY AND PROPERTY PURSUANT TO Bankruptcy Rule 7001(1) (BASED ON FRAUD, RICO, CONSPIRACY & FRAUDULENT CONCEALMENT) |
| Claim 2 | COMPLAINT TO DETERMINE THE VALIDITY, PRIORITY, OR EXTENT OF A LIEN OR OTHER INTEREST IN PROPERTY PURSUANT TO RULE 7001(2) |
| Claim 3 | COMPLAINT FOR VIOLATION FOR FAIR DEBT COLLECTION PRACTICES,MALICIOUS PROSECUTION, AND INJUNCTION OR OTHER EQUITABLE RELIEF PURSUANT TO BANKRUPTCY RULE (7) |
| Claim 4 | COMPLAINT FOR VIOLATION OF AUTOMATIC STAY AND DECLARATORY JUDGMENT PURSUANT TO 28 U.S.C. §2201 - §2202 , BANKRUPTCY RULE 7001(9) |

5.1 Pursuant to Issue 1 above, defendants, and each of them, have improperly taken money and property, and plaintiff herein sues to recover both money and property which lawfully belongs to the plaintiff.

5.2   Pursuant to   Issue 2 above, defendants have filed a FRAUDULENT FORECLOSURE, AND FALSE DEEDS, which placed an unlawful cloud over the title of plaintiff's real property listed in the plaintiff schedules.  Plainitiff therefore sues that this court may determine the validity, priority, or extent of the lien claimed by the named defendants.

5.3  Pursuant to Issue 3 above, the plaintiff is entitled to an injunction or other equitable relief enjoining the ILLEGAL FORECLOSURE, and subsequent ILLEGAL EVICTION in this case.

5.4  With regards to ISSUE 4 above, plaintiff request DECLARATORY RELIEF, declaring that (a) defendants lien and or purported mortgage note is fraudulent in nature, (b) the defendant's foreclosure was illegal and unlawful, (c) that defendant has no real lien in plaintiff's property, or the said lien is UNENFORCEABLE and/or FRAUDULENT in nature.

Case 2:15-ap-01481-VZ   Doc 1   Filed 09/04/15   Entered 09/04/15 16:27:59   Desc
Eduardo Menjivar & Nana I AM VS Wells Fargo Bank NA   Main Document   Page 7 of 55   COMPLAINT TO RECOVER PROPERTY & MONEY FROM FRAUD

Page 5 of 13

# V. *FACTUAL ALLEGATIONS*

In an harassing, and evil scheme to steal and defraud real property and financial assets of the Plaintiff, the named defendants and its agents, trustees, and attorneys commenced a scam to unlawfully foreclose real property which defendants have no lawful right to foreclose by filing fraudulent trustee deeds, and bogus legal instruments which is designed to carry out an **UNLAWFUL FORECLOSURE**, and **ILLEGAL EVICTION** in favor of defendants, **but under the guise of propriety**, and adverse to the estate of the plaintiff.

## THE ILLEGAL FORECLOSURE - FALSE ASSIGNMENTS

The illegal foreclosure consisted of a scam which deployed false interests such as a false and **fraudulent Substitute Trustee** and other instruments purporting to convey property interest but which in fact **does not**. In this scam, no assignment or interest is actually executed by the authorized trustee of record. Defendants has mislead plaintiff and falsely presented forged and fraudulent instruments which purport to represent that the original trustee of record, had authorized the conveyance, sale, or transferred the subject property to defendants, but which in fact, did not. Neither of the name defendants, or the original beneficiary have any legal rights in the subject property which made the basis of this suit.

## *FRAUD AGAINST REAL ESTATE & PERSONAL PROPERTY*

Defendants **perpetrated a fraud** against real property with a legal description as follows:

### Legal Description

#### See Exhibit "A"

LOT 35, OF L.L. BOWEN'S NORMANDIE AVENUE TRACT, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN THE BOOK 10 PAGES 94 OF MAP, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

**Physical Address:**_____ 4048 Halldale Avenue, Los Angeles, CA 90062 _____

Plaintiff reserves the right to amend this fraud claim at anytime before trial on the merits. It is specifically alleged herein that each one of the named defendants collectively participated in the fraud and formed a Civil Conspiracy to steal the above subject property.

## VI.   *FACTUAL ALLEGATIONS - CON'T*                    Page 6 of 13

It is specifically alleged that neither of the named defendants had any legal right to control, or sell the subject property from the true holder in due course of the note connected to the subject property, and defendants are NOT the holder of any note.

Moreover, it is specifically alleged herein that *no valid real property assignments* have been properly executed to any of the named defendants in good faith and these defendants have made wrongful legal claims to the subject property, without having any real ownership or equitable interest in the subject property.

It is specifically alleged herein, that defendants knew, or should have known that the said assignments or purported foreclosure sale is indeed *fraudulent in nature*, and these defendants had *absolutely no right to execute any assignment of any kind relative to plaintiff property*.

### ANOTHER FRAUD - FRAUDULENT INSTRUMENT

These defendants sent yet another fraudulent instrument purporting to manage the property entitled                                         which defendant's claim is authentic to right over the property, but which in fact is fraudulent as this instrument has no real links or any authentic chain of title to the subject property.

Plaintiff asserts that *the entire instrument is a fraudulent device* which has absolutely **NO LEGAL BASIS**, and should be declared UNENFORCEABLE  by this court.   Defendants and each of them, conspired to manufacture a false motion for relief from stay, but under the guise of propriety, which was intentionally and maliciously done for purpose of theft.

*UNLAWFUL EVICTION*. It is specifically alleged herein that these defendants willfully commenced or sought to perpetrate an illegal eviction from its fraudulent conduct and instrument, which have slandered the title to plaintiff's real property.

## VII. *FACTUAL ALLEGATIONS* - CON'T

The following **nonexclusive list** of unlawful and fraudulent acts were committed by the defendants against the plaintiff, and the subject property as follows:

### FRAUDULENT DECLARATION BY RUBEN RAMIREZ OF WELLS FARGO DATED 12-6-11,

On 12/6/11 defendant Wells Fargo's agent Reben Ramirez recorded a false and fraudulent instrument in favor of Wells Fargo Bank,NA for the sole purpose of committing fraud against the subject property, fraud upon public record and fraud upon plaintiff. ( See Exhibit "A")

### FRAUDULENT NOTICE OF DEFAULT FILED BY RTS PACIFIC,. INC; DATED 12-15-11 AND RECORDED AS INSTRUMENT # 20111693817 AT THE LOS ANGELS COUNTY RECORDERS OFFICE.

A fraudulent notice of default was wrongly filed in public record against the subject property and fraudulently recorded on 12-15-2011 by defendants.(See Exhibit 'B"0

### FRAUDULENT SUBSTITUTION OF TRUSTEE FILED BY RTS PACIFIC,. INC; DATED 9-24-14 AND RECORDED AS INSTRUMENT # 20141010730 AT THE LOS ANGELES COUNTY RECORDERS OFFICE.

Defendant RTS PACIFIC, INC. recorded a false substitution of trustee without having any standing to do so, and filed the fraudulent instrument in the property records Los Angeles Country Recorder (See Exhibit "C")

### FRAUDULENT NOTICE OF TRUSTEE SALE FILED BY RTS, PACIFIC, INC; DATED 02-19-15 AND RECORDED AS INSTRUMENT 20150179724 IN THE LOS ANGELES COUNTY RECORDERS OFFICE.

RTS filed another fraudulent instrument identified as NOTICE OF TRUSTEE SALE, on or about 2-29-2015 and which is dated 2/19/2015 for the sole purpose of committing the fraud complained of herein.

### FRAUDULENT TRUSTEE'S DEED FILED BY RTS PACIFIC,.INC; DATED 6-16-15 AND RECORDED AS INSTRUMENT # 20150712622 IN LOS ANGELES COUNTY RECORDERS OFFICE.

### FRAUDULENT TRUSTEE'S DEED FILED BY RTS PACIFIC,.INC; DATED 6-16-15 AND RECORDED AS INSTRUMENT # 20150712622 IN LOS ANGELES COUNTY RECORDERS OFFICE.

On 6-16-2015 Defendant RTS PACIFIC, Inc. filed and recorded yet another fraud instrument as identified above in the Los Angeles County Recorder's Office for the sole purpose of stealing the subject property, and defrauding the Los Angeles property recorder's office.

### FRAUDULENT ASSIGNMENT OF DEED OF TRUST FILED BY GENESIS CAPITAL MASTER FUND III A.LLC ;DATED 7-29-15 AND RECORDED AS INSTRUMENT # 20150922994 IN THE LOS ANGELES COUNTY RECORDERS OFFICE.

On 7/29/2015 A false and fraudulent assignment was filed by defendant Genesis capital master fund IIIA LLC as identified above in the Los Angeles County Recorder's Office for the sole purpose of stealing the subject property, and defrauding the Los Angeles property recorder's office.

### FRAUDULENT DEED OF TRUST AND ASSIGNMENT OF RENT FILED BY GENESIS CAPITAL MASTER FUND III LLC ;DATED 7-29-15 AND RECORDED AS INSTRUMENT # 20150922993 IN THE LOS ANGELES COUNTY RECORDERS OFFICE.

.On 7/29/2015 A false and fraudulent assignment was filed by defendant Genesis capital master fund III LLC as identified above in the Los Angeles County Recorder's Office for the sole purpose of stealing the subject property, and defrauding the Los Angeles property recorder's office.

### NOTICE OF DEFAULT; DATED 12-15-2011; RECORDED AS INSTRUMENT #20111693817

On 12/15/2011 Wells Fargo Agent Ramirez recorded a fraudulent instrument recorded as instrument #20111693817_AT LOS ANGELES COUNTY RECORDERS OFFICE.

### FRAUDULENT EVICTION  JUDGMENT OBTAINED ON 7-23-15 BY EAST END PROPERTIES.

MALICIOUS PROSECUTION:  Defendant East End property obtained an eviction judgment by fraud on July 23, 2015, for which is fraud on its face and the said judgment is unenforceable.

### FRAUDULENT WRIT OBTAINED  ON 8-03-15 BY EAST END PROPERTIES.

MALICIOUS PROSECUTION:  Defendant East End property obtained a fraudulent WRIT OF POSSESSION JUDGMENT on July 23, 2015, for which is fraud on its face and the said judgment is unenforceable.

### HARASSMENT TEXT MESSAGE BY DANIEL ARGENTO

On 9/4/2015 Defendant Daniel Argento sent plaintiff a harassing text message threating to remove all of plaintiff's personal property which constitutes fraud, and debt harassment.

## VIII.

**DEFENDANTS WELLS FARGO BANK, ARE DEBT COLLECTORS PURSUANT TO 15 U.S.C. § 1692a (6), AND HAVE GATHER TOGETHER IN A CRIMINAL AND CIVIL CONSPIRACY TO COLLECT UNLAWFUL DEBTS AND TO UNLAWFULLY STEAL PROPERTY FROM THE BANKRUPTCY ESTATE AND PLAINTIFFS MAY & RECOVERY THIS STOLEN PROPERTY PURSUANT TO BANKRUPTCY RULE 7001(1) & THE FAIR DEBT COLLECTION PRACTICES ACT**

**Wells Fargo Bank, NA, REGIONAL TRUSTEE SERVICE CORPORATION, EAST END PROPERTIES, INC, GENESIS CAPITAL MASTER FUND III,LLC,, DANIEL ARGENTO, LOS ANGELES COUNTY SHERIFF DEPARTMENT, LAW OFFICE OF VICKEN I. SIMONIAN, JACQUELINE PALAEZ, ESQ**

8.1  The previous paragraphs are incorporated herein by reference. It is specifically alleged that the above named defendants have **_stolen property_** by **_FRAUD,_** or fraudulent conveyance which may be recovered under Bankruptcy Rule 7001(1).

8.2  By its fraudulent acts, and the composition and subsequent filing of fraudulent instruments, defendants actions has resulted in **_theft of property_**, resulting in dishonesty, trickery, deceit, and a predatory practices and illegal tactics designed to steal property and **_illegally convert financial assets_** from the plaintiff to the defendants, causing an illegal conversion to occur, and **_resulting in heavy losses_**.

8.3  Plaintiff further incorporates by reference, the Fraud Instruments attached to this complaint which demonstrates fraud on its face.  It is specifically alleged herein, that the above named defendants, individually, and/or collectively used these fraudulent instruments to perpetrate an **_UNLAWFUL FORECLOSURE_** or sale of plaintiff's property.  Plaintiff alleges that no foreclosure sale actually took place.

## THE PROPERTY DEFRAUDED

The address of the property that has been the subject of fraud is as follows:
**4048 Halldale Avenue, Los Angeles, CA 90062**
Plaintiff is the true owner of the above subject property and has a _Substantial amount of equity in the property_  but defendant's fraudulent conduct has resulted in swindles, and **_Equity Skimming_** resulting in losses to the plaintiff. Plaintiff is entitled to recover the property, and **_punitive damages_** as a result of the intrinsic fraud.

Case 2:15-ap-01481-VZ    Doc 1    Filed 09/04/15    Entered 09/04/15 16:27:59    Desc
Eduardo Menjivar & Nana I AM VS Wells Fargo Bank, NA    Main Document    Page 11 of 55    COMPLAINT TO RECOVER PROPERTY & MONEY FROM FRAUD

Page 9 of 13

## IX.

## DEFENDANTS HAVE PLACED AN UNLAWFUL CLOUD OVER THE TITLE TO THE PROPERTY BY USING FALSE DEEDS, AND PLAINTIFF SUES TO DETERMINE THE VALIDITY, PRIORITY, OR EXTENT OF DEFENDANT'S PURPORTED LIEN, OR OTHER INTEREST IN PLAINTIFF'S REAL PROPERTY PURSUANT TO BANKRUPTCY RULE 7001(2)

Wells Fargo Bank, NA, REGIONAL TRUSTEE SERVICE CORPORATION, EAST END PROPERTIES, INC, GENESIS CAPITAL MASTER FUND III,LLC,, DANIEL ARGENTO, LOS ANGELES COUNTY SHERIFF DEPARTMENT, LAW OFFICE OF VICKEN I. SIMONIAN, JACQUELINE PALAEZ, ESQ

### UNLAWFUL CLOUDS & SLANDER TO TITLE

9.1 The previous paragraphs are incorporated herein by reference. It is specifically alleged that defendants by its fraudulent acts, misrepresentations, and omissions, have placed an **_UNLAWFUL CLOUD over the title_**, have willfully slandered the title with false liens and fake deeds, and such liens and/or deed instruments may be determined by Bankruptcy Rule 7001(2) for its authenticity.

9.2 It is specifically alleged herein that defendant, **Wells Fargo Bank, NA** and in active concert with defendants **EAST END PROPERTIES, INC** and in active concert with **REGIONAL TRUSTEE SERVICE CORPORATION** and **GENESIS CAPITAL MASTER FUND III,LLC,** wrongfully perpetrated the illegal scheme and criminal acts, and scams against the plaintiff's real property.

9.3 It is specifically alleged herein, that defendants purported lien, which was created by false means **_have absolutely NO VALUE,_** and NO PRIORITY, and should be dismissed as **_FRAUD. The said fraudulent acts constitute_** actionable **_Negligent Misrepresentation_**, which is **_EXTREME and OUTRAGEOUS_** acts which must be punish, and this court is authorized to inflict punitive damages as a result of these scams by the above named and the other named defendants.

## NO REAL INTEREST IN THE SUBJECT PROPERTY BY DEFENDANTS

9.4 Based on the FRAUD complained of herein, it is specifically alleged that defendants have absolutely NO INTEREST in the subject real property.

**X.**

**DEFENDANTS HAVE UNLAWFULLY FILED FRAUDULENT CLAIMS AGAINST PLAINTIFF'S BANKRUPTCY ESTATE, WHICH CLAIMS VIOLATES PLAINTIFF'S CONSTITUTIONAL RIGHTS WHICH ARE BASED UPON FRAUD, WHEREBY PLAINTIFFS ARE ENTITLED TO AN INJUNCTION OR OTHER EQUITABLE RELIEF PURSUANT TO BANKRUPTCY RULE 7001 (7) & TO RECOVER MONEY FOR CONSTITUTIONAL VIOLATIONS & RACKETEERING ACTIVITY**

**Wells Fargo Bank, NA, REGIONAL TRUSTEE SERVICE CORPORATION, EAST END PROPERTIES, INC., GENESIS CAPITAL MASTER FUND III,LLC,, DANIEL ARGENTO, LOS ANGELES COUNTY SHERIFF DEPARTMENT, LAW OFFICE OF VICKEN I. SIMONIAN, JACQUELINE PALAEZ, ESQ**

10.1 The previous paragraphs are incorporated herein by reference. It is specifically alleged that defendants have stolen property which may be IMMEDIATELY recovered under Bankruptcy Rule 7001(1), and that plaintiff is entitled to an INJUNCTION under Bankruptcy Rule 7001(7).

10.2 Defendants had absolutely **NO RIGHT to foreclose** the subject property, or to wrongfully EVICT or attempt to evict the plaintiff from the premises, and any eviction judgment previously obtained by FRAUD is **NULL and VOID**.

10.3 The unlawful foreclosure resulted in theft of plaintiff's real property, and conversions of investments, and other assets inherent to plaintiff's real property.

10.4 Defendants are liable for **punitive damages** as a result of this UNLAWFUL FORECLOSURE, which can be ascertained from the instruments in this case.

10.5 Moreover, **AN ILLEGAL FORECLOSURE** took place, and defendants only fraudulently staged this foreclosure for purposes of stealing plaintiff's real property.

10.6 It is further alleged by plaintiff that defendants *can show no real proof of actual purchase at any foreclosure sale*, nor can it demonstrate that it even had a right to foreclosure, or even that it is the bona holder in due course of any note.

10.7 Further defendants can not show proof that it actually entered a BID for the sale which resulted in a valid purchase of the subject property.

10.8 Plaintiff asserts that a *Permanent Injunction* should issue against defendants, and each of them for the fraudulent and criminal acts against the subject property.

## XI.

**PLAINTIFFS ARE ENTITLED TO A DECLARATORY JUDGMENT UNDER FEDERAL LAW PURSUANT TO 28 U.S.C. §2201 - §2202 TO HAVE DEFENDANT'S PRIOR FORECLOSURE DECLARED FRAUDULENT IN NATURE, A DECLARATORY JUDGMENT DECLARING THE SHERIFF SALE AND DEFENDANTS PURPORTED "MOTION FOR RELIEF FROM STAY" TO BE FRAUDULENT & UNLAWFUL IN COMMERCE & A VIOLATION OF PLAINTIFF'S CIVIL  & CONSTITUTIONAL RIGHTS UNDER FEDERAL LAW**

**Wells Fargo Bank, NA, REGIONAL TRUSTEE SERVICE CORPORATION, EAST END PROPERTIES, INC, GENESIS CAPITAL MASTER FUND III,LLC,  DANIEL ARGENTO, LOS ANGELES COUNTY SHERIFF DEPARTMENT, LAW OFFICE OF VICKEN I. SIMONIAN, JACQUELINE PALAEZ, ESQ**

11.1 The previous paragraphs are incorporated herein by reference. It is specifically alleged that defendants have improperly taken property and assets by fraud which may be recovered under Bankruptcy Rule 7001(1).

11.2 Defendant's transfers and conveyances relative to the subject property are all FRAUDULENT TRANSFERS and may be declared unlawful and reversed by this court.

11.3 Plaintiff is entitled to a declaratory judgment declaring the acts of these individuals to be illegal and fraudulent in nature.

11.4 Plaintiff is further entitled to a declaratory judgment against the named defendants individually declaring that these entities committed *FINANCIAL FRAUD* relative to the real property complained of herein, fraud upon the court, and intrinsic fraud which made the basis of this Adversary Proceeding.

11.5 Plaintiff is entitled to a declaratory judgment against all defendants declaring the defendant's improper and illegal acts, and illegal foreclosure to be null and void.

11.6 Specifically, plaintiff(s) is/are entitled to a declaratory judgment against all of the following individuals:

Wells Fargo Bank, NA, REGIONAL TRUSTEE SERVICE CORPORATION, EAST END PROPERTIES, INC, GENESIS CAPITAL MASTER FUND III,LLC,,  DANIEL ARGENTO, LOS ANGELES COUNTY SHERIFF DEPARTMENT, LAW OFFICE OF VICKEN I. SIMONIAN, JACQUELINE PALAEZ, ESQ

11.7 All of the above named defendants, individually, and collectively committed the acts complained of herein.

Case 2:15-ap-01481-VZ   Doc 1   Filed 09/04/15   Entered 09/04/15 16:27:59   Desc
Eduardo Menjivar & Nana I AM VS Eduardo Menjivar & Nana I AM   Main Document   Page 14 of 55   COMPLAINT TO RECOVER PROPERTY & MONEY FROM FRAUD

Page 12 of 13

## XII. COMPUTATION OF DAMAGES

**12.1** *As a result of the despicable acts described herein, the plaintiff* Eduardo Menjivar & Nana I AM *is*

*entitled to recover the following damages:*

| | | |
|---|---|---|
| 1. | Punitive Damages ................................................ | **$3,000,000.00** |
| 2. | Actual Damages................................................... | **$500,000.00** |
| 3. | Damages for *FRAUD*............................................ | **$500,000.00** |
| 4. | Negligent Misrepresentation.............................. | **$500,000.00** |
| 5. | Intentional Infliction of Emotional Distress & Pain............... | **$500,000.00** |
| 6. | Restitution for Conspiracy.................................. | **$500,000.00** |
| 7. | Compensentatory Damages................................ | **$500,000.00** |
| 8. | Treble Damages.................................................. | **$1,500,000.00** |
| 9. | Embarrassment, Humiliation, & Anxiety.............. | **$500,000.00** |
| 10. | Restitution for UNJUST ENRICHMENT................ | **$500,000.00** |
| 11. | Damages for UNLAWFUL FORECLOSURE  .................. | **$250,000.00** |
| 12. | Damages for WRONGFUL & MALICIOUS PROSECUTION  ..................... | **$250,000.00** |
| 13. | Restitution for Illegal Eviction  ................................ | **$250,000.00** |
| 14. | Tortuous Interference With A Contract  .................... | **$250,000.00** |
| 15. | Restitution for Embezzlement  ................................ | **$250,000.00** |
| 16. | Restitution for DECEPTIVE TRADE PRACTICES  .................... | **$250,000.00** |
| 17. | Restitution for FRAUDULENT CONCEALMENT  .................... | **$250,000.00** |
| 18. | Restitution for FINANCIAL·FRAUD  ..................... | **$250,000.00** |
| 19. | Restitution for CONVERSION  ................................ | **$250,000.00** |
| 20. | Restitution for Negligence and Gross Negligence  ................. | **$250,000.00** |
| 21. | Restitution for DISGORGEMENT OF ILLEGAL PROFITS  .............. | **$250,000.00** |
| | Total Damages................................................... | **$11,250,000.00** |

**Eleven Million Two Hundred Fifty Thousand**

# XIII.  PRAYER FOR RELIEF

**WHEREFORE**, plaintiff demands judgment against defendants as follows:

**1**. Plaintiff prays for an order prohibiting the defendants from taking possession of the subject property and a declaration that defendants have unlawfully foreclosed the subject property, and an order permanently enjoining defendants from asserting any right what-so-ever against the subject property, returning such property to the estate of plaintiff, and,

**2**. Plaintiff further pray for an order against all defendants, that  each defendants be cited for fraud, and conspiracy, and that an order issue canceling the fraudulent liens and false interest, to all heirs and assigns, including any other person claiming an interest in the subject property, and,

**3**. Plaintiff further pray for a declaratory judgment that defendant never was the true holder in due course of the note connected to plaintiff's real property and/or mortgage, and was never entitled to foreclose the property or file eviction actions against the plaintiff, or the subject property, and a declaratory judgment declaring from evidence of record that defendants agents, and assigns, had no right to act as trustee of the subject property, and *was not the official trustee of the subject property entitled to pursue foreclosures*, and,

**4**. Plaintiff prays that this Honorable Court after due proceedings, and all legal delays enter final judgment as demanded in this complaint against all defendants, jointly, severely, and in solido, condemning them all for the said unlawful acts in the full amount of demanded including court cost, attorney fees, interest from the date of judicial demand and all other equitable relief under law.

***WHEREFORE, ALL PREMISES CONSIDERED***, Plaintiff  pray that this Honorable Court after due proceeding, and all legal delays, do enter judgment against the defendants jointly, severely, and in solido, **condemning them all**, for the said unlawful acts in the full amount of :   **$11,250,000.00**

### Eleven Million Two Hundred Fifty Thousand

including court cost, attorney fees, interest from the date of judicial demand and for all general and equitable relief afforded under law.

*Respectfully Submitted*

Eduardo Menjivar & Nana I AM
4048 Halldale Avenue,
Los Angeles, CA 90062
PHONE; 310-955-6541

Dated:   September 04, 2015

**JURY TRIAL DEMANDED**

*JURY TRIAL: PLAINTIFF DEMANDS A TRIAL BY JURY.*

## REQUEST FOR SERVICE

Please serve defendants at the following addresses:

Wells Fargo Bank, N.A
C/O RTS PACIFIC, INC
616 1ST AVENUE, SUITE 500
SEATTLE , WA 98104

**REGIONAL TRUSTEE SERVICE
CORPORATION
616 1ST AVENUE, SUITE 500
SEATTLE, WA 98104**

**BRETT  CYPRUS
15740 PARAMOUNT BLVD, SUITE  E
PARAMOUNT, CA 90723**

**TRIXY WEISS
21650 OXNARD STREET, SUITE 1700
WOODLAND HILLS, CA 91367**

**O/C EAST END PROPERTIES, INC
15740 PARAMOUNT BLVD, SUITE,
E
PARAMOUNT, CA 90723**

**COURT SERVICE INGLEWOOD
DIVISION
ONE REGENT STREET, RM 122
INGLEWOOD, CA 90301**

## Appendix of Exhibits

| Exhibit # | Description of Exhibit - THE FRAUDS |
|-----------|-------------------------------------|
| A | FRAUDULENT DECLARATION BY RUBEN RAMIREZ OF WELLS FARGO DATED 12-6-11, |
| B | FRAUDULENT NOTICE OF DEFAULT FILED BY RTS PACIFIC,. INC; DATED 12-15-11 AND RECORDED AS INSTRUMENT # 20111693817 AT THE LOS ANGELS COUNTY RECORDERS OFFICE. |
| C | FRAUDULENT SUBSTITUTION OF TRUSTEE FILED BY RTS PACIFIC,. INC; DATED 9-24-14 AND RECORDED AS INSTRUMENT # 20141010730 AT THE LOS ANGELES COUNTY RECORDERS OFFICE. |
| D | FRAUDULENT NOTICE OF  TRUSTEE SALE FILED BY RTS, PACIFIC, INC; DATED 02-19-15 AND RECORDED AS INSTRUMENT 20150179724 IN THE LOS ANGELES COUNTY RECORDERS OFFICE. |
| E | FRAUDULENT TRUSTEE'S DEED FILED BY RTS PACIFIC,,INC; DATED 6-16-15 AND RECORDED AS INSTRUMENT # 20150712622 IN LOS ANGELES COUNTY RECORDERS OFFICE. |
| F | FRAUDULENT ASSIGNMENT OF DEED OF TRUST FILED BY GENESIS CAPITAL MASTER FUND III A,LLC ;DATED 7-29-15 AND RECORDED AS INSTRUMENT # 20150922994 IN THE LOS ANGELES COUNTY RECORDERS OFFICE. |
| G | FRAUDULENT  DEED OF TRUST  AND ASSIGNMENT  OF RENT FILED BY GENESIS CAPITAL MASTER FUND III LLC ;DATED 7-29-15 AND RECORDED AS INSTRUMENT # 20150922993 IN THE LOS ANGELES COUNTY RECORDERS OFFICE. |
| H | NOTICE OF DEFAULT; DATED 12-15-2011; RECORDED AS INSTRUMENT #20111693817 |
| I | FRAUDULENT EVICTION  JUDGMENT OBTAINED ON 7-23-15 BY EAST END PROPERTIES. |
| J | FRAUDULENT WRIT OBTAINED  ON 8-03-15 BY EAST END PROPERTIES. |
| K | HARASSMENT TEXT MESSAGE BY DANIEL ARGENTO |

In Ref: Eduardo Menjivar & Nana I AM

**Bankruptcy Case No:** ___2:15-BK-23178-VZ___

**UNITED STATES BANKRUPTCY**

**District Of**

**LOS ANGELES DIVISION**

---

# NOTICE OF NON-CONSENT TO ENTRY OF FINAL ORDERS
# BY A BANKRUPTCY JUDGE
## Bankruptcy Rule 9027(a)(1)

---

As further set forth in Bankruptcy Rule 9027(a)(1), the notice must state whether the removed matter is core or non-core and, if it is non-core, whether the party removing the matter consents to entry of final orders or judgment by the bankruptcy judge.

---

☑ **This is a *NON-CORE proceeding***

Petitioner,   **Eduardo Menjivar & Nana I AM**   gives notice pursuant to the provisions of 28 USC §1452, and Bankruptcy Rule 9027(a)(1) that the matter contains non-core claims, and as such, petitioner *does not consent* to the entry of final orders, and judgments of the non-core matters in this case, by a bankruptcy judge.

Petitioner, would respectfully request transfer of the case to the United States District Court for final entry of any non-core claims in these proceedings.



Eduardo Menjivar & Nana I AM

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

|  |  |
|---|---|
| | §    **Case No.** _____ 2:15-BK-23178-VZ ____ |
| Eduardo Menjivar & Nana I AM<br>**Plaintiff** | § |
| | § |
|     **VS** | § |
| | § |
| Wells Fargo Bank, NA<br>**Defendant** | § |
| | § |
| REGIONAL TRUSTEE SERVICE CORPORATION | §    **DECLARATION UNDER** |
| | §    **PENALTY OF PERJURY** |
| | §    **UNDER 28 USC §1746** |
| | § |

My name is Eduardo Menjivar & Nana I AM I declare under penalty of perjury under the laws of the United

States of America that the foregoing is true and correct:

*Unsworn Declaration  Of  Eduardo Menjivar & Nana I AM*

Further, declarant sayeth not.

_____

Eduardo Menjivar & Nana I AM

Executed on: _____



12/15/2011

*20111693817*

RECORDING REQUESTED BY

WHEN RECORDED MAIL TO

**REGIONAL TRUSTEE SERVICES CORPORATION**
616 1st Avenue, Suite 500
Seattle, WA 98104

Trustee's Sale No:      05-FWA-115139

APN#           5021-002-013
Address       4048 HALLDALE AVENUE
                   LOS ANGELES, CA  90062

### NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

## IMPORTANT NOTICE

# IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS, IT MAY BE SOLD WITHOUT ANY COURT ACTION, and you may have the
legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property. No sale date may be set until three months from the date this notice of default may be recorded (which date of recordation appears on this notice). This amount is $82,464.05 as of 12/13/2011, and will increase until your account becomes current.

While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition to reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the Notice of Sale is posted (which may not be earlier than the end of the three-month period stated above) to, among other things (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Pursuant to California Civil Code Section 2923.5, the mortgagee, beneficiary, or authorized agent has contacted the borrower, tried with due diligence to contact the borrower as required by this section, or the borrower has surrendered the property to the mortgagee, trustee, beneficiary, or

CA NOD

*3*

authorized agent OR the undersigned certifies that the compliance with Civil Code Section 2923.5 was made at least thirty (30) days prior to the date of this Notice of Default and Election to Sell Under Deed of Trust.

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.

To find out the amount you must pay, or to arrange for payment to stop the foreclosure or if your property is in foreclosure for any other reason, contact:

**WACHOVIA MORTGAGE, FSB**
**C/O REGIONAL SERVICE CORPORATION**
**616 1st Avenue, Suite 500**
**Seattle, WA 98104**
**(206) 340-2550**

If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan. Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale, provided the sale is concluded prior to the conclusion of the foreclosure.

Remember,   YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.

**NOTICE IS HEREBY GIVEN** that REGIONAL SERVICE CORPORATION, is either the duly appointed Trustee, the substitute Trustee or acting as agent for the Beneficiary under a Deed of Trust dated 8/22/2006, executed by EDUARDO MENJIVAR AND IRMA MENJIVAR, HUSBAND AND WIFE, as Trustor, to secure obligations in favor of WORLD SAVINGS BANK, FSB, ITS SUCCESSORS AND/OR ASSIGNEES, as Beneficiary, recorded 8/28/2006 , as Instrument No. 06 1906524,    of Official Records in the office of the Recorder of LOS ANGELES County, CALIFORNIA, as more fully described on said deed of trust including one note(s) for the sum of $350,000.00. That a breach of, and default in, the obligations for which such Deed of Trust is security has occurred as follows:

> FAILURE TO PAY INSTALLMENTS OF PRINCIPAL, VARIABLE INTEREST, IMPOUNDS AND LATE CHARGES WHICH BECAME DUE 11/1/2008 TOGETHER WITH ALL SUBSEQUENT INSTALLMENTS OF PRINCIPAL, VARIABLE INTEREST, IMPOUNDS, LATE CHARGES, FORECLOSURE FEES AND EXPENSES; ANY ADVANCES WHICH MAY HEREAFTER BE MADE; ALL OBLIGATIONS AND INDEBTEDNESSES AS THEY BECOME DUE; AND ANY INSTALLMENTS ALREADY MADE, THAT AT A LATER DATE PROVE TO BE INVALID.

Now, therefore, the undersigned by reason of the breach and default in the performance of the obligation secured by the Deed of Trust, does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

Dated:  12/13/2011        Regional Service Corporation, Trustee or Agent for Beneficiary


By  *Marilee Hakkinen*
MARILEE HAKKINEN, AUTHORIZED AGENT

Wachovia Mortgage
P.O. Box 659558
San Antonio, TX 78265-9558



Eduardo Menjivar WACHOVIA

### Declaration of Wells Fargo Bank, N.A.

As required by California Civil Code Section 2923.5, I, ___Ruben Ramirez___
an officer of Wells Fargo Bank, N.A., declare as follows:

Regarding Eduardo Menjivar (hereinafter referred to as
"borrower"), Wells Fargo Bank, N.A., has met the requirement of
California Civil Code Section 2923.5 as indicated below.

( ) Wells Fargo Bank, N.A., has contacted the borrower as set
    forth in California Civil Code Section 2923.5(a)(2).

(x) Wells Fargo Bank, N.A., has tried with due diligence, as
    prescribed by California Civil Code Section 2923.5(g), to
    contact the borrower.

The undersigned authorizes the trustee, foreclosure agent and/or their
authorized agent to sign, on behalf of the beneficiary/authorized agent,
the Notice of Default containing the declaration required pursuant to
Civil Code 2923.5.

I certify (or declare) under penalty of perjury under the laws of the
State of California that the foregoing is true and correct.

___12-6-11___
Date

By: _____
Title: Vice President Loan Documentation

FP006 012 ALA

Wachovia Mortgage
P.O. Box 659558
San Antonio, TX 78265-9558

5



Irma Menjivar       WACHOVIA

Declaration of Wells Fargo Bank, N.A.

Ruben Ramirez

As required by California Civil Code Section 2923.5, I, _____
an officer of Wells Fargo Bank, N.A., declare as follows:

Regarding Irma Menjivar (hereinafter referred to as
"borrower"), Wells Fargo Bank, N.A., has met the requirement of
California Civil Code Section 2923.5 as indicated below.

( ) Wells Fargo Bank, N.A., has contacted the borrower as set
    forth in California Civil Code Section 2923.5(a)(2).

(x) Wells Fargo Bank, N.A., has tried with due diligence, as
    prescribed by California Civil Code Section 2923.5(g), to
    contact the borrower.

The undersigned authorizes the trustee, foreclosure agent and/or their
authorized agent to sign, on behalf of the beneficiary/authorized agent,
the Notice of Default containing the declaration required pursuant to
Civil Code 2923.5.

I certify (or declare) under penalty of perjury under the laws of the
State of California that the foregoing is true and correct.

___12-6-11___                    _____
Date                             By:
                                 Title: Vice President Loan Documentation

FP007 012 ALA

EXHIBIT

B

FRAUDULENT SUBSTITUTION

OF

TRUSTEE



**This page is part of your document - DO NOT DISCARD**

## 20141010730





**Pages:**
**0004**

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**09/24/14 AT 08:00AM**

| | |
|---|---|
| FEES: | 24.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 24.00 |



**L E A D S H E E T**



**201409240160017**

**00009655800**



**006410364**

**SEQ:**
**07**

**ERDS - 8:00AM**



**THIS FORM IS NOT TO BE DUPLICATED**

E12

*E460070*

Recording Requested By

When recorded, mail to:

**RTS Pacific, Inc.**
616 1st Avenue, Suite 500
Seattle, WA 98104

11058954-0

Trustee's Sale No: 05-FWA-115139
APN:   5021-002-013

## SUBSTITUTION OF TRUSTEE

**WHEREAS** EDUARDO MENJIVAR AND IRMA MENJIVAR,  HUSBAND AND WIFE was the original
Trustor, and GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO., A CALIFORNIA
CORPORATION was the original Trustee, and WORLD SAVINGS BANK, FSB, ITS SUCCESSORS
AND/OR ASSIGNEES was the original Beneficiary under that certain Deed of Trust dated 8/22/2006, and
recorded on 8/28/2006 under Instrument No. 06 1906524,  records of LOS ANGELES County,
CALIFORNIA; and **WHEREAS**, Wells Fargo Bank, NA, successor by merger to Wachovia Mortgage,
FSB, formerly known as World Savings Bank, FSB, the undersigned, is the present Beneficiary under said
Deed of Trust, and **WHEREAS** the undersigned desires to substitute a new Trustee under said Deed of
Trust in the place and stead of said present Trustee,

**NOW, THEREFORE**, the undersigned hereby substitutes RTS PACIFIC, INC., a Washington corporation,
whose address is 616 1st Avenue, Suite 500, Seattle, WA 98104, as Successor Trustee under said Deed
of Trust.

Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and
the singular number includes the plural.

Wells Fargo Bank, NA, successor by merger to
Wachovia Mortgage, FSB, formerly known as World
Savings Bank, FSB
By RTS PACIFIC, INC.
Its Attorney in Fact

By_____
Name  MELISSA HJORTEN
Title:  Assistant Vice President
Date_____

*See attached Exhibit A*

003-CA-V3                                     1                                     CA Sub

STATE OF WASHINGTON    )
                      ) ss.

COUNTY OF KING         )

On _____, before me, the undersigned, a Notary Public in and for the State of Washington, duly commissioned and sworn, personally appeared MELISSA HJORTEN, to me known to be the Assistant Vice President   of the corporation that executed the foregoing instrument as Attorney in Fact for Wells Fargo Bank, NA, successor by merger to Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB, and acknowledged the said instrument to be the free and voluntary act of and deed of said corporation, for the uses and purposes therein mentioned, and on oath stated that he/she is authorized to execute the said instrument.

Witness my hand and seal the day and year first above written.

_____

Notary Public residing at Seattle WA

Printed Name: Miranda Hingston

My Commission Expires: 4/10/18

MIRANDA HINGSTON
STATE OF WASHINGTON
NOTARY PUBLIC
MY COMMISSION EXPIRES
04-10-18

003-CA-V3              2           CA Sub

RTS Pacific, Inc.
616 1st Avenue, Suite 500
Seattle, WA 98104
Phone: (206) 340-2550 / Fax:

*Trustee Sale No.: 05-FWA-115139*

"Exhibit A"

### AFFIDAVIT OF MAILING
### SUB-BY-CODE

STATE OF WA            )
                        ) ss.
COUNTY OF KING          )

I Scott Mulliner, being first duly sworn, state that I am now, and at all times herein mentioned was a citizen of the United States a resident of the State of Washington, and over the age of eighteen years, and my business address is set forth above. On 9/18/2014, a copy of the attached Substitution of Trustee was mailed, prior to the recording thereof, in the manner provided in Section 2924b of the Civil Code of the State of California, to the trustee of record under the Deed of Trust described in said Substitution and to all persons whom a copy of the Notice of Default would be required to be mailed by the provisions of such section.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/18/2014

CA_SubByCodeAff



EXHIBIT C

FRAUDULENT NOTICE OF TRUSTEE SALE



**This page is part of your document - DO NOT DISCARD**

# 20150179724





**Pages:**
**0003**

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**02/19/15 AT 08:00AM**

| | |
|---|---:|
| FEES: | 28.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 28.00 |



**L E A D S H E E T**



201502190150015

00010191070

006658476

**SEQ:**
**09**

DAR - Title Company (Hard Copy)



**THIS FORM IS NOT TO BE DUPLICATED**

T46

RECORDING REQUESTED BY

WHEN RECORDED MAIL TO

RTS Pacific, Inc.
616 1st Avenue, Suite 500
Seattle, WA 98104

APN#          5021-002-013
Address       4048 HALLDALE AVENUE
              LOS ANGELES, CA 90062

02/19/2015

*20150179724*

# NOTICE OF TRUSTEE'S SALE
### Trustee's Sale No. 05-FWA-115139

**_ATTENTION RECORDER_**: THE FOLLOWING REFERENCE TO AN ATTACHED SUMMARY IS
APPLICABLE TO THE NOTICE PROVIDED TO THE TRUSTOR ONLY

**NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED**
注：本文件包含一个信息摘要
참고사항: 본 첨부 문서에 정보 요약서가 있습니다
**NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACIÓN DE ESTE DOCUMENTO
TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP
LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY**

**YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 8/22/2006. UNLESS YOU TAKE ACTION TO PROTECT
YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF
THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER.**

**On March 17, 2015, at 09:00 AM, BEHIND THE FOUNTAIN LOCATED IN CIVIC CENTER PLAZA, 400 CIVIC CENTER
PLAZA, in the City of POMONA, County of LOS ANGELES, State of CALIFORNIA, RTS Pacific, Inc., a Washington
corporation,** as duly appointed Trustee under that certain Deed of Trust executed by EDUARDO MENJIVAR AND IRMA
MENJIVAR, HUSBAND AND WIFE, as Trustors, recorded on 8/28/2006, as Instrument No. 06 1906524, of Official
Records in the office of the Recorder of LOS ANGELES County, State of CALIFORNIA, under the power of sale therein
contained, **WILL SELL AT PUBLIC AUCTION TO THE HIGHEST BIDDER,** for cash, or cashier's check (payable at the
time of sale in lawful money of the United States) without warranty express or implied as to title, use, possession or
encumbrances, all right, title and interest conveyed to and now held by it as such Trustee, in and to the following described
property situated in the aforesaid County and State, to-wit:

    TAX PARCEL NO.    5021-002-013

From information which the Trustee deems reliable, but for which Trustee makes no representation or warranty, the street
address or other common designation of the above described property is purported to be 4048 HALLDALE AVENUE , LOS
ANGELES, CA 90062.

Said property is being sold for the purpose of paying the obligations secured by said Deed of Trust, including fees and
expenses of sale. The total amount of the unpaid principal balance, interest thereon, together with reasonably estimated
costs, expenses and advances at the time of the initial publication of the Notice of Trustee's Sale is $511,494.08.

CA NOTS

**NOTICE TO POTENTIAL BIDDERS:** If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a trustee auction. You will be bidding on a lien, not on the property itself. Placing the highest bid at a trustee auction does not automatically entitle you to free and clear ownership of the property. You should also be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, before you can receive clear title to the property. You are encouraged to investigate the existence, priority, and size of outstanding liens that may exist on this property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same lender may hold more than one mortgage or deed of trust on the property.

**NOTICE TO PROPERTY OWNER:** The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call 800-542-2550 for information regarding the trustee's sale or visit this Internet Web site www.rtspacific.com, using the file number assigned to this case. Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information or on the Internet Web site. The best way to verify postponement information is to attend the scheduled sale.

In compliance with California Civil Code 2923.5(c), the mortgagee, trustee, beneficiary, or authorized agent declares: that it has contacted the borrower(s) to assess their financial situation and to explore options to avoid foreclosure; or that it has made efforts to contact the borrower(s) to assess their financial situation and to explore options to avoid foreclosure by one or more of the following methods: by telephone, by United States mail; either 1st class or certified; by overnight delivery; by personal delivery; by e-mail; by face to face meeting or the borrower has surrendered the property to the mortgagee, trustee, beneficiary, or authorized agent and that the compliance with Civil Code Section 2923.5 was made at least thirty (30) days prior to the date of this Notice of Sale.

Dated: 2/11/2015

RTS Pacific, Inc., Trustee

By _Marilee Hakkinen_

MARILEE HAKKINEN, Authorized Signor

Agent for Trustee:     DEFAULTLINK POST AND PUBLICATION
                                   525 E. MAIN STREET
                                   EL CAJON, CA 92020
Telephone Number:   (800) 542-2550
Sale Information:         or http://www.rtspacific.com

Federal Law requires us to notify you that we are acting as a debt collector. If you are currently in a bankruptcy or have received a discharge in bankruptcy as to this obligation, this communication is intended for informational purposes only and is not an attempt to collect a debt in violation of the automatic stay or the discharge injunction.

CA NOTS





**This page is part of your document - DO NOT DISCARD**

## 20150712622





**Pages:**
**0003**

**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County,**
**California**

**06/16/15 AT 04:38PM**

| | |
|---|---|
| FEES: | 18.00 |
| TAXES: | 1,517.60 |
| OTHER: | 0.00 |
| PAID: | 1,535.60 |



**L E A D S H E E T**



**201506163340044**

**00010731260**



**006901451**

**SEQ:**
**01**

**DAR - Counter (Upfront Scan)**



**THIS FORM IS NOT TO BE DUPLICATED**

E017210

RECORDING REQUESTED BY

WHEN RECORDED MAIL TO

**EAST END PROPERTIES, INC**
15740 PARAMOUNT BLVD SUITE E
PARAMOUNT, CA 90723

Trustee Sale No. 05-FWA-115139

APN#        5021-002-013
Address     4048 HALLDALE AVENUE
            LOS ANGELES, CA 90062

*x City TAX 1,219.⁵⁰*
*x County TAX 298.¹⁰*

# TRUSTEE'S DEED

The undersigned grantor declares:
1.  The Grantee herein was/was not the foreclosing beneficiary.
2.  The amount of the unpaid debt together with costs was $_____.
3.  The amount paid by the Grantee at the Trustee's Sale was **$270,619.01**.
4.  The documentary transfer tax is $_____0_____.

**RTS Pacific, Inc.,** a Washington corporation, as the duly appointed Trustee under the Deed of Trust hereinafter described (herein called TRUSTEE), hereby grants and conveys, but without warranty, express or implied, to:

EAST END PROPERTIES INC, A CALIFORNIA CORPORATION

Herein called GRANTEE, all of its right, title and interest in and to that certain property situate in the City of LOS ANGELES, County of LOS ANGELES, State of CALIFORNIA, described as follows:

LOT 35, OF L.L. BOWEN'S NORMANDIE AVENUE TRACT, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 10 PAGES 94 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

TAX PARCEL NO:    5021-002-013

This conveyance is made pursuant to the powers conferred upon TRUSTEE by that certain Deed of Trust executed by EDUARDO MENJIVAR AND IRMA MENJIVAR, HUSBAND AND WIFE, as Trustors recorded 8/28/2006 , as Instrument No. 06 1906524, of Official Records in the office of the Recorder of LOS ANGELES County, State of CALIFORNIA, and after fulfillment of the conditions as specified in said Deed of Trust authorizing this conveyance. Default occurred as set forth in a Notice of Default and Election to Sell which was filed for record in the office of the Recorder of said County, and such default still existed at the time of sale. All requirements of law regarding the mailing of copies of notices and posting and publication of copies of the Notice of Sale have been complied with.

Said property was sold by said Trustee at public auction on May 14, 2015, at the place named in the Notice of Sale, in the County of LOS ANGELES, CALIFORNIA, in which the property is situated. Grantee, being the highest bidder at such sale, became the purchaser of said property and paid therefor to said Trustee the amount bid, in lawful money of the United States, or by the satisfaction, pro tanto, of the obligations then secured by said Deed of Trust.

Date: 6/4/2015
6/9/2015 MH

RTS Pacific, Inc., Trustee

By _____
MELISSA HJORTEN, Assistant Vice President

STATE OF WASHINGTON    )
                       ) ss.
COUNTY OF KING         )

On 6/4/2015, 6/9/2015 before me, the undersigned, a Notary Public in and for the State of Washington, duly commissioned and sworn, personally appeared MELISSA HJORTEN, to me known to be the Assistant Vice President of the corporation that executed the foregoing instrument and acknowledged the said instrument to be the free and voluntary act of and deed of said corporation, for the uses and purposes therein mentioned, and on oath stated that he/she is authorized to execute the said instrument.

Witness my hand and seal the day and year first above written.

_____

Notary Public residing at <u>Bellevue</u>

Printed Name: <u>Marilee Hakkinen</u>

My Commission Expires: <u>11/6/2015</u>



EXHIBIT C

FRAUDULENT DEED OF TRUST AND ASSIGNMENT OF RENT



This page is part of your document - DO NOT DISCARD

## 20150922993



Pages:
0005

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**07/29/15 AT 08:00AM**

| | |
|---|---|
| FEES: | 52.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 52.00 |



**L E A D S H E E T**



201507290140024

00010930990



006990901

**SEQ:
14**

DAR - Title Company (Hard Copy)



**THIS FORM IS NOT TO BE DUPLICATED**

E134013                                                                T21

Fidelity National Title Company

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO

Genesis Capital Master Fund III, LLC
21650 Oxnard Street Suite 1700
Woodland Hills, CA 91367
Loan Number: 15-294



07/29/2015

*20150922993*

## DEED OF TRUST AND ASSIGNMENT OF RENTS

**This Deed of Trust**, made 5/14/2015, between East End Properties, Inc., a California Corporation herein called **Trustor**, whose address is 5740 Paramount Blvd, #E, Paramount, CA 90723 and Genesis Capital Master Fund III, LLC, a Delaware limited liability company, a California Finance Lender (60DBO-35928) herein called **Beneficiary**, whose address is 21650 Oxnard Street, Suite 1700, Woodland Hills, CA 91367 and Fidelity National Title Company, herein called **Trustee**,

**Witnesseth: THAT TRUSTOR IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS TO TRUSTEE IN TRUST, WITH POWER OF SALE**, that property in Los Angeles, California, described as:

Please See Legal Description 'Exhibit A'

APN: 5021-002-013
Street Address: 4048 Halldale Avenue, Los Angeles, CA 90062

TOGETHER WITH the rents, issues and profits thereof, SUBJECT HOWEVER, to the right, power and authority given to and conferred upon Beneficiary by paragraph (11) of the provisions set forth below to collect and apply such rents, issues and profits. **For the Purpose of Securing:** 1. Performance of each agreement of Trustor incorporated by reference or contained herein. 2. Payment of the indebtedness evidenced by one promissory note of even date herewith, and any extension of renewal thereof, in the principal sum of $243,557.11 executed by Trustor in favor of Beneficiary or order. 3. Payment of such further sums as the then record owner of such property hereafter may borrow from Beneficiary, when evidenced by another note (or notes) reciting it is so secured. 4. All obligations under a Loan Agreement dated 5/14/2015 between East End Properties, Inc., a California Corporation and Beneficiary.

A default under any other deed of trust securing the above-referenced promissory note shall constitute a default under this Deed of Trust as well.

## To Protect the Security of This Deed of Trust, Trustor Agrees:

(1)  That Trustor will observe and perform said provisions; and that the referenced to property, obligations, and parties in said provisions shall be construed to refer to the property, obligations and parties set forth in this Deed of Trust.

(2)  To keep said property in good condition and repair; not to remove or demolish any building thereon; to complete or restore promptly and in good and workmanlike manner any building which may be constructed, damaged or destroyed thereon and to pay when due all claims for labor performed and materials furnished therefore; to comply with all laws affecting said property or requiring any alterations or improvements to be made thereon, not to commit or permit waste thereof; not to commit, suffer or permit any act upon said property in violations of law; to cultivate, irrigate, fertilize, fumigate, prune and do all other acts which from the character or use of said property may be reasonably necessary, the specific enumeration's herein not excluding the general.

(3)  To provide and maintain in force at Trustor expense fire and extended coverage insurance in any amount of not less that the full replacement value of any building which may be exist on the subject property. Trustor shall within the same policy provide fire insurance protection on Trustor's furniture, fixtures and personal property on the subject real property in an amount equal to the full replacement value thereof, and promises that any insurance coverage in this regard will contain a waiver of the insurers' right of subrogation against Beneficiary. All insurance policies shall contain a standard non-contributory mortgage clause naming Beneficiary as first mortgagee and loss payee. The amount collected under any fire or other insurance policy may be applied by Beneficiary upon any indebtedness secured herein and in such order as beneficiary may determined or at option of Beneficiary the entire amount so collected or any part hereof may be released to Trustor. Such application or release shall not cure or waive any default or notice of default herein under or invalidate any act done pursuant to such notice.

(4)  To appear in and defend any action or proceeding purporting to affect the security hereof or the rights or powers of the Beneficiary or Trustee; and to pay all costs and expenses, including cost of evidence of title and attorney's fees in a reasonable sum, in any such action or proceeding in which Beneficiary or Trustee may appear, and in any suit brought by Beneficiary to record this Deed.

(5)  To pay; at least ten days before delinquency all taxes and assessments affecting said property, including assessments on appurtenant water stock; when due, all encumbrances, charges and liens, with interest, on said property or a part thereof, which appear to be prior to superior hereto; all costs, fees and expenses of this Trust.

Should Trustor fail to make any payment or to do any act as herein provided, then Beneficiary or Trustee, but without obligation to do and without notice to or demand upon Trustor and without releasing Trustor from any obligation hereof, may: make or do the same in such manner and to such extent as either may be deemed necessary to protect the security herein. Beneficiary or Trustee being authorized to enter upon said property for such purposes; appear in and defend any action or preceding purporting to affect the security hereof or the

rights or powers of Beneficiary or Trustee; pay, purchase, contest or compromise any encumbrance, charge or lien which in the judgment of either appears to be prior or superior hereto; and, in exercising any such powers, pay necessary expenses, employ counsel and pay his reasonable fees.

(6)  To pay immediately and without demand all sums so expended by Beneficiary or Trustee, with interest from date of expenditure at the amount allowed by law in effect at the date hereon, and to pay for any statement provided for by law in effect at the date hereof regarding the obligation secured hereby any amount demanded by the Beneficiary not to exceed the maximum allowed by law at the time when said statement is demanded.

(7)  That any award of damages in connection with any condemnation for public use of or injury to said property or any part thereof is hereby assigned and shall be paid to Beneficiary, who may apply or release such monies received by him in the same manner and with the same effect as above provided for disposition of proceeds of fire or other insurance.

(8)  That by accepting payment of any sum secured hereby after its due date, Beneficiary does not waive his right either to require prompt payment when due of all other sums so secured or to declare default for failure so to pay.

(9)  That at any time or from time to time, without liability therefore and without notice, upon written request of Beneficiary and presentation of this deed and said Note for endorsement, and without affecting the personal liability of any person for payment of the indebtedness secured hereby, Trustee may; reconvey any part of said property; consent to the making of any map or plat thereof; join in granting any easement therein; or join in any extension agreement or any agreement subordinating the lien or charge hereof.

(10)  That upon written request of Beneficiary stating that all sums secured hereby have been paid, and upon surrender of this Deed and said Note to Trustee for cancellation and retention and upon payment of its fees, Trustee shall reconvey, without warranty, the property held hereunder.  The recitals in such RECONVEYANCE of any matters or facts shall be conclusive proof of the truthfulness thereof.  The grantee in such reconveyance may be described as "The person or persons legally entitled thereto".  Five years after issuance of such full RECONVEYANCE, Trustee may destroy said Note and this Deed (unless directed in such request to retain them).

(11)  That as additional security, Trustor hereby gives to and confers upon Beneficiary the right, power and authority during the continuance of these Trusts, to collect the rents, issues and profits of said property, reserving until Trustor the right, prior to any default by Trustor in payment of any indebtedness secured hereby or in performance of any agreement hereunder, to collected and retain such rents, issues and profits as they become due and payable.  Upon any such default, Beneficiary may at any time without notice, either in person, by agent, or by a receiver to be appointed by a court, and without regard to the adequacy of any security for the indebtedness hereby secured enter upon and take possession of said property or any part thereof, in his own name sue for or otherwise collect such rents issues and profits, including those past due and unpaid, and apply the same, less costs and expense of operation and collection, including reasonably attorney's fees, upon indebtedness secured hereby, and in such order as Beneficiary may determined. The entering upon and taking possession of said property, the collection of such rents, issues and profits and the application thereof as aforesaid, shall not cure or waive any default or notice of default hereunder or invalidate any act done pursuant to such notice.

(12)  That upon default by Trustor in payment of any indebtedness secured hereby or in performance of any agreement hereunder, Beneficiary may declare all sums secured hereby immediately due and payable by delivery to Trustee of written declaration of default and demand for sale and of written notice of default and of election to cause to be sold said property, which notice Trustee shall cause to be filed for record. Beneficiary also shall post it with Trustee this Deed said Note and all documents evidencing expenditures secured hereby.

After the lapse of such time as may then be required by law following the recordation of said notice of default, and notice of sale having been given as then required y law, Trustee without demand on Trustor, shall sell said property at the time and place fixed by it in said notice of sale, either as a whole or in separate parcels, and in such order as it may determined, a public auction to the highest bidder for cash in lawful money of the United States, payable at the time of sale. Trustee may postpone sale of all or a portion of said property by public announcement of such time and place of sale, and from time to time thereafter may postpone sale by public announcement at the time fixed by the preceding postponement. Trustee shall deliver to such purchaser its deed conveying the property so sold, but without any covenant or warranty, express or implied.  The recitals in such deed of any matters or facts shall be conclusive proof of the truthfulness thereof.  Any person, including Trustor, Trustee, or Beneficiary as hereinafter defined, may purchase at such sale.

(13)  Beneficiary, or any successor in ownership of any indebtedness secured hereby, may from time to time, by instrument in wiring, substitute a successor or successors to any Trustee named herein or acting hereunder, which instrument, executed by the Beneficiary and duly acknowledged and recorded in the office of the recorder of the County or Counties where said property is situated, shall be conclusive proof of proper substitution of such successor Trustee or Trustees, who shall, without conveyance from the Trustee predecessor, succeed to all its title, estate, rights, powers and duties.  Said instrument must contain the name of the original Trustor, Trustee and Beneficiary hereunder, the book and page where this Deed is recorded and the name and address of the new Trustee.

(14)  That this Deed applies to, insures to the benefit of, and binds all parties hereto, their heirs, legatees, devisees, administrators, executors, successors and assigns. The term Beneficiary shall mean the owner and holder, including pledges of the note secured hereby whether or not named as Beneficiary herein. In this Deed, whenever the contest so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

(15)  That Trustee accepts this Trust when this Deed, duly executed and acknowledged, is made a public record as provided by law. Trustee is not obligated to notify any party hereto of pending sale under any other Deed of Trust or of any action or proceeding in which Trustor, Beneficiary or Trustee shall be a party unless brought by Trustee.

(16)  Trustor shall, at Trustor's expense, maintain in force policies of liability insurance and, if applicable, flood insurance, with Beneficiary as an additional insured thereunder, insuring Trustor against all claims resulting from the injury to or the death of any person or the damage to or the destruction of any property belonging to any person by reason of Beneficiary's interest hereunder or the use and occupancy of the subject real property by Trustor.  Such insurance shall be in the following amounts: (1) $300,000 combined single limit liability insurance covering property damage and bodily injury; (2) flood insurance is required if the collateral is located in a flood zone equal to the replacement cost of the subject real property or up to $250,000, whichever is less. All insurance policies shall contain a standard non-contributory mortgage clause naming Beneficiary as first mortgagee and loss payee.

(17)  If all or any part of the subject property or any interest in it is sold or transferred (or if a beneficial interest in Trustor is sold or transferred and Trustor is not a natural person), or  a lien or encumbrance is created upon such property, voluntarily or involuntarily, or if Trustor shall file or have filed against it and/or the property any proceeding for relief of debtors under the United States Bankruptcy Code, without Beneficiary's prior written consent, Beneficiary may, at its option, require immediate payment in full of all sums secured by this Deed of Trust.  However, this option shall not be exercised by Beneficiary if exercise is prohibited by federal law as of the date of this Deed of Trust. If Beneficiary exercises this option, Beneficiary shall give Trustor notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which borrower must pay all sums secured by this Deed of Trust.  If Trustor fails to pay these sums prior to the expiration of this period, Beneficiary may invoke any remedies permitted by this Deed of Trust without further notice or demand on Borrower.

(18) Any default under this Deed of Trust shall constitute a default under all promissory notes and deeds of trust Trustor has executed in favor of Beneficiary.

(19) California law shall exclusively govern the enforcement and interpretation of this Deed of Trust.

The undersigned Trustor request that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to him at his address hereinbefore set forth.

Dated: _7-22-15_

Trustor: East End Properties, Inc., a California Corporation

By: _____

Brett Cyprus, Vice President and Secretary

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California
County of _Los Angeles_

On _1/22/2015_ before me, _Vilma Flores, notary public_ (here insert name and title of officer), personally appeared _Brett Cyprus_ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

VILMA FLORES
Commission # 1984812
Notary Public - California
Los Angeles County
My Comm. Expires Jul 12, 2016

(This area for official notarial seal)

MAIL TAX STATEMENTS AS DIRECTED ABOVE

*5*

PRELIMINARY REPORT
YOUR REFERENCE: 4048 Halldale Ave

Fidelity National Title Company
ORDER NO.: 00099425-995-LBO-VE

# EXHIBIT A

## LEGAL DESCRIPTION

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

LOT 35, OF L.L. BOWEN'S NORMANDIE AVENUE TRACT, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 10 PAGES 94 OF MAP, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

APN: 5021-002-013

EXHIBIT

F

FRAUDULENT ASSIGNMENT OF

DEED OF TRUST



**This page is part of your document - DO NOT DISCARD**

## 20150922994





Pages:
0004

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**07/29/15 AT 08:00AM**

| | | |
|---|---|---|
| FEES: | | 24.00 |
| TAXES: | | 0.00 |
| OTHER: | | 0.00 |
| PAID: | | 24.00 |



L E A D S H E E T



201507290140024

00010930991



006990901

SEQ:
15

DAR - Title Company (Hard Copy)



**THIS FORM IS NOT TO BE DUPLICATED**    T21

2/

RECORDING REQUESTED BY

Order #:  00099425-995-LBO-VE

APN  5021-002-013

WHEN RECORDED MAIL TO

Genesis Capital
21650 Oxnard Street, Suite 1700
Woodland Hills, CA 91367



07/29/2015

*20150922994*

**NOTE – This Assignment should be kept with the Note and Deed of Trust hereby assigned.**

# ASSIGNMENT OF DEED OF TRUST

FOR VALUABLE CONSIDERATION, the undersigned hereby grants, assign, and transfers to
**Genesis Capital Master Fund III A, LLC, a Delaware Limited Liability Company
(Assignee)**
all beneficial interest under that certain Deed of Trust
dated 5/14/2015
by  East End Properties, Inc., a California Corporation

to  Fidelity National Title Company                    *Concurrently herewith*
as Trustee, and recorded on _____ in Book/Reel _____, at Page/Image _____
of Official Records Series Number _____ of Los Angeles County,
California, together with the Promissory Note secured by said Deed of Trust and also all
rights accrued or to accrued under said Deed of Trust. The  property covered by said

Deed of Trust is briefly described as follows:    4048 Halldale Avenue
                                                  Los Angeles, CA 90062

See legal description attached hereto and made a part here of as "Exhibit A"
APN: 5021-002-013

Date  __7-27-15_____

15294

_____
Trixy Wells, President
Genesis Capital Master Fund III, LLC
(Assignor)

lsf

*3*

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California        )
County of _LOS Angeles_        )

On _July 27th, 2015_, before me, _Janet Quesada_,
Notary Public, personally appeared _Trixy Weiss_,
(insert name of notary)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

JANET QUESADA
Commission # 2063358
Notary Public - California
Los Angeles County
My Comm. Expires Apr 5, 2018

Signature _____        (Seal)

PRELIMINARY REPORT
YOUR REFERENCE: 4048 Halldale Ave

Fidelity National Title Company
ORDER NO.: 00099425-995-LBO-VE

## EXHIBIT A

## LEGAL DESCRIPTION

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

LOT 35, OF L.L. BOWEN'S NORMANDIE AVENUE TRACT, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 10 PAGES 94 OF MAP, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

APN: 5021-002-013

EXHIBIT

a

JUDGMENT

FRAUDULENT

$

WRIT

EJ-130

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):

JACQUELINE PELAEZ, ESQ.    (SBN 207067)
LAW OFFICES OF VICKEN I. SIMONIAN
131 N. EL MOLINO AVENUE, SUITE 300
PASADENA, CA 91101

TELEPHONE NO.: (626) 584-0043    FAX NO.: (626) 584-0369
E-MAIL ADDRESS:
ATTORNEY FOR (Name): PLAINTIFF

[X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

FOR COURT USE ONLY

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES COUNTY
STREET ADDRESS: 111 North Hill St.
MAILING ADDRESS: 111 North Hill St.
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: CENTRAL DISTRICT

PLAINTIFF: EAST END PROPERTIES, INC.

DEFENDANT: EDUARDO MENJIVAR, ET AL.,

| WRIT OF | [ ] EXECUTION (Money Judgment) | | CASE NUMBER: |
|---|---|---|---|
| | [X] POSSESSION OF | [ ] Personal Property | 15U07519 |
| | [ ] SALE | [X] Real Property | |

[X] Limited Civil Case    [ ] Small Claims Case
[ ] Unlimited Civil Case    [ ] Other _____

1. To the Sheriff or Marshal of the County of: LOS ANGELES

You are directed to enforce the judgment described below with daily interest and your costs as provided by law.

2. **To any registered process server:** You are authorized to serve this writ only in accord with CCP 699.080 or CCP 715.040.

3. *(Name):* EAST END PROPERTIES, INC.
   is the [X] judgment creditor  [ ] assignee of record  whose address is shown on this form above the court's name.

4. **Judgment debtor** *(name, type of legal entity stated in judgment if not a natural person, and last known address):*

   EDUARDO MENJIVAR
   4048 HALLDALE AVENUE
   LOS ANGELES, CA 90062

   [X] Additional judgment debtors on next page

5. **Judgment entered on** *(date):* 4-23-15

6. [ ] **Judgment renewed on** *(dates):*

7. **Notice of sale** under this writ
   a. [X] has not been requested.
   b. [ ] has been requested *(see next page).*

8. [ ] Joint debtor information on next page.

[SEAL]

9. [X] See next page for information on real or personal property to be delivered under a writ of possession or sold under a writ of sale.
10. [ ] This writ is issued on a sister-state judgment.
11. Total judgment . . . . . . . . . . . . . . . . . . . $
12. Costs after judgment (per filed order or memo CCP 685.090) . . . . . . . . . . . $
13. Subtotal *(add 11 and 12)* . . . . . . . . . . $
14. Credits . . . . . . . . . . . . . . . . . . . . . . . $
15. Subtotal *(subtract 14 from 13)* . . . . . $
16. Interest after judgment (per filed affidavit CCP 685.050) (not on GC 6103.5 fees) $
17. Fee for issuance of writ . . . . . . . . . . . . . . . . . 25.00
18. **Total** *(add 15, 16, and 17)* . . . . . . . . . . . 25.00
19. Levying officer:
    (a) Add daily interest from date of writ *(at the legal rate on 15)* (not on GC 6103.5 fees) of . . . . . . . . $
    (b) Pay directly to court costs included in 11 and 17 (GC 6103.5, 68637; CCP 699.520(i)) . . . . . . . . . $
20. [ ] The amounts called for in items 11–19 are different for each debtor. These amounts are stated for each debtor on Attachment 20.

*(watermark: POSSESSION ONLY)*

Issued on *(date)* AUG 0 3 2015

SHERRI R. CARTER, Clerk, by

OLIVIA REYES, Deputy

**NOTICE TO PERSON SERVED: SEE NEXT PAGE FOR IMPORTANT INFORMATION.**

Form Approved for Optional Use
Judicial Council of California
EJ-130 [Rev. January 1, 2012]

**WRIT OF EXECUTION**

Legal
Solutions
Plus

Page 1 of 2
Code of Civil Procedure, §§ 699.520, 712.010, 715.010
Government Code, § 6103.5

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Eduardo Menjivar & Nana I AM**<br>**4048 Halldale Avenue,**<br>**Los Angeles, CA 90062**<br>**PHONE; 310-955-6541**<br><br><br><br>Attorney for Plaintiff | RECEIVED<br>SEP - 4 2015<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:                    Deputy Clerk |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>EDUARDO MENJIVAR<br><br><br><br>Debtor(s). | CASE NO.:<br><br>CHAPTER: SELECT CHAPTER __13__<br><br>ADVERSARY NUMBER: |
|---|---|
| Eduardo Menjivar & Nana I AM<br><br>                    Versus          Plaintiff(s)<br>Wells Fargo Bank, NA<br>REGIONAL TRUSTEE SERVICE CORPORATION<br>EAST END PROPERTIES, INC<br>GENESIS CAPITAL MASTER FUND III,LLC,<br>                                        Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is _____ If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

| Hearing Date: _____ | Place: |
|---|---|
| Time: _____ | ☐ 255 East Temple Street, Los Angeles, CA 90012 |
| Courtroom: _____ | ☐ 3420 Twelfth Street, Riverside, CA 92501 |
| | ☐ 411 West Fourth Street, Santa Ana, CA 92701 |
| | ☐ 1415 State Street, Santa Barbara, CA 931 01 |
| | ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2012                                      Page 1                    **F 7004-1.SUMMONS.ADV.PROC**

**You must comply with LBR 7016-1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court-approved joint status report form is available on the court's website (LBR form F 7016-1. 1) with an attachment for additional parties if necessary (LBR form F 7016-1.1 a). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

KATHLEEN J. CAMPBELL
CLERK OF COURT

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: _____

By: _____
Deputy Clerk

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2012                                              Page 2                    F 7004-1.SUMMONSADV.PROC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* _____,I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On *(date)* _____,I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* _____,I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9-4-15 | Irma Menjivar | Irma Menjivar |
|--------|---------------|---------------|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2012                                         Page 3                                  F 7004-1.SUMMONSADV.PROC

# CERTIFICATE OF SERVICE

I, _Irma Menjivar_ certify that I am and at all times during the
service of process was, not less than 18 years of age and not a party to the matter concerning which service of
process was made. I further certify that the service of this summons and a copy of the complaint was made
_9/4/2015_ by:
(date)

[✓] Mail Service: Regular; first class United States mail, postage full prepaid, and addressed to:

Wells Fargo Bank, N.A
C/O RTS PACIFIC, INC
616 1ST AVENUE, SUITE 500
SEATTLE , WA 98104

[✓] Mail Service: Regular; first class United States mail, postage full prepaid, and addressed to:

REGIONAL TRUSTEE SERVICE CORPORATION
616 1ST AVENUE, SUITE 500
SEATTLE, WA 98104

[✓] Mail Service: Regular; first class United States mail, postage full prepaid, and addressed to:

BRETT CYPRUS
15740 PARAMOUNT BLVD, SUITE  E
PARAMOUNT, CA 90723

[✓] Mail Service: Regular; first class United States mail, postage full prepaid, and addressed to:

TRIXY WEISS
21650 OXNARD STREET, SUITE 1700
WOODLAND HILLS, CA 91367

[✓] Mail Service: Regular; first class United States mail, postage full prepaid, and addressed to:

O/C EAST END PROPERTIES, INC
15740 PARAMOUNT BLVD, SUITE, E
PARAMOUNT, CA 90723

[✓] Mail Service: Regular; first class United States mail, postage full prepaid, and addressed to:

COURT SERVICE INGLEWOOD  DIVISION
ONE REGENT STREET, RM 122
INGLEWOOD, CA 90301

[✓] Mail Service: Regular; first class United States mail, postage full prepaid, and addressed to:

131 N. EL MOLINO AVENUE, SUITE 300
PASADENA, CA 91101

[✓] Mail Service: Regular; first class United States mail, postage full prepaid, and addressed to:

131 N. EL MOLINO AVENUE
PASADENA, CA 91101

Under penalty of perjury I declare that the foregoing is true and correct.

_9/4/2015_                                  _Irma Menjivar_
Date                                              Signature

Print Name: _Irma Menjivar_

Business Address:: _4048 Holydale Ave_

City: _Los Angeles_ State: _CA._ Zip: _90062_